**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: M.B. | : | No. 176 WAL 2018 |
| | : | |
| | : | |
| PETITION OF: M.B. | : | Cross Petition for Allowance of |
| | : | Appeal from the Order of the |
| | : | Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of December, 2019, the Cross Petition for Allowance of Appeal is **DENIED**.